UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**MAUREEN VALLOT GREENE**  **CIVIL ACTION 6:08CV298**

**VERSUS**  **JUDGE MELANÇON**

**ST. MARTIN PARISH OFFICE OF FAMILY**  **MAG. JUDGE METHVIN**
**SUPPORT, ET AL.**

## O R D E R

On April 11, 2008, a **MOTION TO PROCEED IFP ON APPEAL, MOTION TO STAY, AND TO REOPEN/REINSTATE** was filed by Maureen Vallot Greene. An original signature of an attorney or party is required under **Fed.R.Civ.P. 11.** Mover failed to provide an original signature on the document. In addition, this document did not contain a proper caption as required by **Fed.R.Civ.P. 10(a)**. Also, either no proposed order accompanied this motion or the proposed order was not on a separate page as required by **LR7.4.1W and LR58.1**. Mover was notified of these deficiencies on May 29, 2008, but has failed to correct them.

Accordingly,

**IT IS ORDERED** that the **MOTION TO PROCEED IFP ON APPEAL, MOTION TO STAY, AND TO REOPEN/REINSTATE** filed by Maureen Vallot Greene on April 11, 2008, be and is hereby stricken from the record.

Signed at Lafayette, Louisiana, on September 19, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)